**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HAMZA GIBSON,

    Plaintiff,   Case No. 12-12693
                                     Hon. Gerald E. Rosen

v.

WAYNE COUNTY, WAYNE COUNTY DEPUTIES
ALAN OLIVER, MATTHEW CZARNECKI, DELANO
ADOLPHUS, and MARCUS HALL,

    Defendants.

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) | ZENNA ELHASAN (P67961) |
| MARTIN T. SHEPHERD (P65331) | Wayne County Corporation Counsel |
| Fieger, Fieger, Kenney, Giroux & Danzig, P.C. | MARGARET FLANAGAN (P52352) |
| Attorney for Plaintiff | Assistant Corporation Counsel |
| 19390 W. Ten Mile Road | Attorneys for Wayne County |
| Southfield, MI 48075 | 500 Griswold, 11th Floor |
| (248) 355-5555 | Detroit, MI 48226 |
| m.shepherd@fiegerlaw.com | mflanaga@co.wayne.mi.us |

**STIPULATED ORDER TO COMPEL DISCOVERY**

    This matter is before the court upon the Stipulated Order to compel Defendant Wayne County to answer the following written discovery: (1) Plaintiff's Interrogatories and Request to Produce Regarding Affirmative Defenses; (2) Plaintiff's Insurance Interrogatories and Request to Produce; (3) Plaintiff's Witness Interrogatories; and (4) Plaintiff's Witness Interrogatories, which were served on July 27, 2012.

1

2

IT IS ORDERED that Defendant Wayne County must answer and serve full and complete responses to the interrogatories propounded by the Plaintiff and produce the documents requested by the Plaintiff within twenty-one (21) days from the entry of this Order.

Dated: September 12, 2012

                                                                        <u>s/Gerald E. Rosen</u>
                                                                        Hon. Gerald E. Rosen

Stipulated and Approved for Entry:

<u>/s/Martin T. Shepherd</u>
MARTIN T. SHEPHERD (P65331)
Attorneys for Plaintiff

<u>/s/Margaret Flanagan w/ permission</u>
MARGARET FLANAGAN (P52352)
Attorney for Defendant Wayne County